Certificate Number: 16339-NYE-DE-036133220

Bankruptcy Case Number: 21-42762



16339-NYE-DE-036133220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2021</u>, at <u>5:47</u> o'clock <u>PM EST</u>, <u>Pamela Campbell</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date: <u>November 11, 2021</u>　　　By: <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　Name: <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Financial Counselor</u>